

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-17-00382-CR

TYRA FAITH COX, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1449042D, Honorable Elizabeth Beach, Presiding

November 17, 2017

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Pending before the Court is the motion of appellant Tyra Faith Cox to dismiss her appeal. Appellant and her attorney have signed the motion. TEX. R. APP. P. 42.2(a). No decision of the Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.